

# THE STATE OF TEXAS
## MANDATE

TO THE 6TH DISTRICT COURT OF RED RIVER COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 16th day of December, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

In re: The Estate of Jessie Glen
Crawford, Deceased

          v.

No. 06-14-00051-CV

Trial Court No. CV03295

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the order admitting the will to probate and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 4th day of March, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*